UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE S., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 3:23-cv-00480-AHG <br><br> **ORDER GRANTING MOTION TO WITHDRAW PLAINTIFF'S BRIEF AND STRIKING BRIEF FROM THE RECORD** <br><br> **[ECF Nos. 10, 11]** |

Before the Court is Plaintiff's Motion to Withdraw (ECF No. 11) her merits brief (ECF No. 10), both filed on August 17, 2023. For the reasons set forth below, the Motion to Withdraw is **GRANTED**, and the Clerk's Office is directed to **STRIKE** Plaintiff's Brief (ECF No. 10) from the record.

On May 15, 2023, the Court issued a Scheduling Order for Joint Motion for Judicial Review of Final Decision of the Commissioner of Social Security. ECF No. 8. In the Scheduling Order, the Court set forth a schedule and requirements for the parties to file a Joint Motion for Judicial Review, including in pertinent part that Plaintiff's portion of the

Joint Motion was due to be delivered to counsel for the Commissioner by August 17, 2023. *See id.* at 5-6. On the deadline for Plaintiff's counsel to provide Plaintiff's portion of the Joint Motion to defense counsel, she mistakenly filed Plaintiff's portion of the Joint Motion as Plaintiff's Brief, consistent with the usual briefing schedule anticipated by the Supplemental Rules for Social Security Actions.[1] ECF No. 11 at 1. To rectify the mistake, Plaintiff moves to withdraw Plaintiff's Brief to proceed with the joint motion process. *Id.* at 2.

Good cause appearing, the Motion to Withdraw (ECF No. 11) is **GRANTED**. The Clerk's Office is instructed to **STRIKE** Plaintiff's Brief (ECF No. 10) from the record. All deadlines and requirements previously set forth in the Court's Scheduling Order (ECF No. 8) remain in place, including the following schedule for preparing and filing the Joint Motion for Judicial Review:

A. On or before **August 17, 2023,** Plaintiff's counsel shall prepare and deliver to the SAUSA or AUSA a draft of Plaintiff's portions of the Joint Motion for Judicial Review (prepared as described in section IV). Plaintiff's counsel shall provide the SAUSA or AUSA and the Office of Regional Counsel with one printed copy of Plaintiff's portions of the Joint Motion for Judicial Review and two computer-readable electronic copies (one electronic copy must be in an editable word processing format, such as Microsoft Word, and the other electronic copy should be in .pdf format) on a USB thumb/flash drive or via e-mail. The draft of Plaintiff's portions of the Joint Motion for Judicial Review shall comply with the format and content requirements set forth elsewhere in this order.

B. On or before **September 21, 2023,** Defendant shall provide to Plaintiff's counsel Defendant's portions of the Joint Motion for Judicial Review, and shall deliver one

---

[1] As explained in the Scheduling Order, the Court deems it appropriate to revise the briefing requirements set forth in Supplemental Rules 6–8 for Social Security Actions. *See* FED. R. CIV. P., SUPPLEMENTAL R. 8 OF SOC. SEC. ACTIONS UNDER 42 U.S.C. § 405(g), 2022 Advisory Committee Notes (permitting a court to revise the requirements of Supplemental Rules 6–8 when appropriate).

printed copy and two computer-readable copies[2] of the Defendant's portions of the Joint Motion for Judicial Review to Plaintiff's counsel.

  C. On or before **October 5, 2023**, Plaintiff's counsel shall incorporate into the Joint Motion for Judicial Review any reply that Plaintiff may wish to make to Defendant's contentions, and shall deliver a completed copy of the Joint Motion for Judicial Review signed by Plaintiff to the SAUSA or AUSA for review, signature, and electronic filing. Plaintiff shall not use the reply to raise new issues that Defendant has not had an opportunity to address.

  D. On or before **October 12, 2023**, the SAUSA or AUSA shall sign and electronically file the Joint Motion for Judicial Review.

  **IT IS SO ORDERED.**

Dated: August 17, 2023

                _____
                Honorable Allison H. Goddard
                United States Magistrate Judge

---

[2] As was required of Plaintiff's counsel, one electronic copy must be in an editable word processing format, such as Microsoft Word, and the other electronic copy should be in .pdf format.